May Term,
1854.

TALBOTT
v.
RUDISILL.

*Friday,*
*June 9.*

---

## TALBOTT *v.* RUDISILL.

A *scire facias* to revive a judgment is not objectionable for leaving blanks for the costs which had accrued on the judgment.

*Friday,*
*June 9.*

ERROR to the *Putnam* Circuit Court.

STUART, J.—*Scire facias* to revive a judgment which *Rudisill* had recovered against *Talbott*. *Talbott* was defaulted, and judgment of revivor.

The record shows the *scire facias* and the return of the sheriff that it had been duly served.

The blanks in the *scire facias* and judgment are only as to costs, which the clerk could at any time fill after the costs were taxed.

*May Term, 1854.*

We can not discover any substantial grounds of objection to these proceedings.

*Per Curiam.*—The judgment is affirmed, with, 5 per cent. damages and costs.

*J. M. Hanna*, for the plaintiff.